UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>Plaintiff,<br><br>v.<br><br>NATALIYA EFIMOVA,<br><br>Defendant. | No. 2:18-cv-987-KJM-EFB PS<br><br><br><br>ORDER |

On April 23, 2018, plaintiff filed a complaint and motion to proceed *in forma pauperis*. ECF Nos. 1, 2. She also paid the $400 filing fee. Plaintiff now requests a refund of the filing fee and to voluntarily dismiss this action. ECF No. 5.

Plaintiff's application to proceed *in forma pauperis* reflects that plaintiff would not be able to afford the cost of this suit and also provide herself with the necessitates of life. ECF No. 2. Furthermore, her request for a refund of the filing fee, although largely unintelligible, suggests that she has medical problems that may further strain her financial condition. ECF No. 5. In light of plaintiff's circumstances, her request to refund the filing fee is granted. *See Montgomery v. Perry*, 2016 WL 4441241, at *1 (E.D. Cal. Aug. 22, 2016).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request to refund the filing fee (ECF No 5) is granted. The Clerk is directed to issue plaintiff a refund of the $400 filing fee; and

1

2. The Clerk shall close the case pursuant to plaintiff's request for dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A).

DATED: May 3, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE